

FILED
CLERK, U.S. DISTRICT COURT

06/09/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER |
| PLAINTIFF(S) | 5:22-mj-00371 |
| v. | |
| COPPOLA, JOSEPH | **DECLARATION RE** |
| | **OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: PETITION
in the _____ District of NEVADA _____ on 06/09/2022
at 8:00 _____ ☒ a.m. / ☐ p.m.  The offense was allegedly committed on or about 01/26/2021
in violation of Title 18 USC _____ U.S.C., Section(s) 3583
to wit: SUPERVISED RELEASED VIOLATION

A warrant for defendant's arrest was issued by: The Honorable Dave K. Kemp

Bond of $ no _____ was ☐ set / ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 6/9/22 _____
Date

*Cesar Perez*
Signature of Agent

Cesar Perez
Print Name of Agent

USMS
Agency

DEO
Title